**DONOVAN PARRY MCDERMOTT & RADZIK**

**DOCKET & FILE**

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 25 2005 ★
P.M. _____
TIME A.M. _____

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**

August 17, 2005

VIA FACSIMILE 718-797-7386

The Chambers of
Magistrate Kiyo A. Matsumoto
United States District Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: American Manufacturers Mutual Insurance Company
v. Bromante Corporation
CV 05-2807 (SJ) (Maj. Matsumoto)
Our File: 18-05-381 SMD/MTL

Dear Magistrate Judge Matsumoto:

*[Handwritten order:] Application Granted. Initial conference is adjourned without date. Parties shall advise the Court in writing as to dates for the initial conference once stay is lifted. Parties are advised that future correspondences not first filed via ECF will not be considered. SO ORDERED. [signature] USMJ 8/17/05*

We represent the plaintiff in the referenced action. On August 8, 2005, we advised Judge Sterling Johnson, Jr. that defendant, Bromante Corporation, was presently in bankruptcy and requested the action to be stayed in accordance with the bankruptcy filing. On August 15, 2005, Judge Sterling Johnson granted our request staying the action. Attached is a copy of the Judge's order staying the action pending defendant's Chapter 11 Bankruptcy.

Accordingly, we respectfully request that the Conference scheduled for October 26, 2005 at 9:30 a.m. be adjourned until the stay is lifted.

We thank the Court for its consideration.

Respectfully,

DONOVAN PARRY McDERMOTT & RADZIK

By: [signature]
Matthew T. Loesberg

MTL/jad
Encl.